NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACADIA PHARMACEUTICALS INC.,**
*Plaintiff-Appellee*

v.

**AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., TEVA PHARMACEUTICALS USA, INC.,**
*Defendants*

**MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC.,**
*Defendants-Appellants*

---

2024-1401

---

Appeal from the United States District Court for the District of Delaware in Nos. 1:20-cv-00985-GBW, 1:20-cv-01029-GBW, Judge Gregory Brian Williams.

---

**ON MOTION**

---

Before MOORE, *Chief Judge*, LOURIE and BRYSON, *Circuit Judges*.

PER CURIAM.

# ORDER

MSN Laboratories Private Ltd. and MSN Pharmaceuticals, Inc. move unopposed for a thirty-day extension of time until August 8, 2025, by which to file a petition for rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

June 18, 2025
Date

Jarrett B. Perlow
Clerk of Court